No. 86–1272. STICH v. SUPERIOR COURT OF CALIFORNIA, SOLANO COUNTY, ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–6228. MACKIE v. OLSEN, DISTRICT JUDGE, ET AL. Appeal from Sup. Ct. Mont. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1300. REARDON v. UNITED STATES POSTAL SERVICE ET AL. Appeal from D. C. N. J. dismissed for want of jurisdiction.

No. 86–997. PENNSYLVANIA v. LUTZ. Sup. Ct. Pa. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Dunn, ante,* p. 294.

No. 86–1007. UNITED STATES v. MESSINA BUILDERS & CONTRACTORS CO. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jersey Shore State Bank* v. *United States,* 479 U. S. 442 (1987).

No. — – ——. DAWSON ET AL. v. LENNON, WARDEN, ET AL. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–626. KAVANAGH v. COVEN. Sup. Ct. N. Y., New York County. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.